## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL BETZ                              :              CIVIL ACTION
                                          . :
     v.                                 :
                                          :
UNIVERSTIY OF PENNSYLVANIA   :              NO.  15-2005
HEALTH SYSTEMS                            :

### ORDER

AND NOW, this 21ˢᵗ day of April, 2015, upon consideration of plaintiff's motion for

leave to proceed *in forma pauperis* and his complaint, it is ORDERED that:

    1.      Leave to proceed *in forma pauperis* is GRANTED.

    2.      The complaint is DISMISSED for the reasons stated in the Court's Memorandum.

The dismissal is without prejudice to plaintiff refiling his state law claims in state court.

    3.      The Clerk of Court shall CLOSE this case.

                                  BY THE COURT:

                                    LAWRENCE F. STENGEL, J.